## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

RAY CHRIS MOBLEY,
        **Plaintiff,**

vs.                                                    **3:07cv230/MCR/MD**

SHERIFF RALPH JOHNSON, et al.,
        **Defendants.**

_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 1, 2007, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      The plaintiff's damages claims are DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii).

3.      The plaintiff's claims for injunctive relief are DISMISSED as moot.

4.      The plaintiff's state law claims, including those arising under the Florida Constitution, are DISMISSED WITHOUT PREJUDICE.

5.      The clerk is directed to close the file.

DONE AND ORDERED this 5th day of September, 2007.

_s/ M. Casey Rodgers_

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**